**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 592 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN DAVID LYNN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 593 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN DAVID LYNN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 594 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN DAVID LYNN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 595 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

JOHN DAVID LYNN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 596 MAL 2022

        Respondent

                 Petition for Allowance of Appeal
                 from the Order of the Superior Court
        v.

JOHN DAVID LYNN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 597 MAL 2022

        Respondent

                 Petition for Allowance of Appeal
                 from the Order of the Superior Court
        v.

JOHN DAVID LYNN,

        Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.